AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

MICHAEL DAVITT,

    Plaintiff,      JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:09-CV-00505-RCJ-RAM**

HOWARD SKOLNIK,

    Defendant.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** this action is DISMISSED without prejudice for failure to pay the filing.

  November 5, 2009                        **LANCE S. WILSON**
                                                  Clerk

                                                  /s/ D. R. Morgan
                                                    Deputy Clerk